IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ABEDLWAHED OUSSIDNA,

    Petitioner,

    v.

ALBERTO E. GONZALEZ, et al.

    Respondents.

    /

No. C 05-04081 JSW

**ORDER TO SHOW CAUSE**

    Petitioner Abedlwahed Oussidna has filed a petition for a writ of mandamus pursuant to 28 U.S.C. § 1361.

    The Court hereby issues an ORDER TO SHOW CAUSE why the writ should not be granted. Respondents shall file responsive papers to the petition by October 28, 2005. Oussidna may file a reply by November 4, 2005.

    IT IS FURTHER ORDERED that a hearing on Oussidna's petition will be conducted on November 18, 2005 at 9:00 a.m.

    **IT IS SO ORDERED.**

Dated: October 18, 2005

                                                               JEFFREY S. WHITE
                                                               UNITED STATES DISTRICT JUDGE