IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ABEDLWAHED OUSSIDNA,

    Petitioner,

    v.

ALBERTO E. GONZALEZ, et al.

    Respondents.

No. C 05-04081 JSW

**ORDER RE SERVICE**

On October 18, 2005, this Court issued an Order to Show Cause on Oussidna's petition for a writ of mandamus pursuant to 28 U.S.C. § 1361.

Petitioner is HEREBY ORDERED to serve a copy of the Petition and the Order to Show Cause on Respondents by close of business on October 18, 2005. Petitioner shall file a proof of service with the Court by no later than October 19, 2005.

**IT IS SO ORDERED.**

Dated: October 18, 2005

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE