**LAW OFFICE OF RICCI & SPROULS**
Attorneys at Law
445 Washington Street
San Francisco, California 94111
(415) 391 2100
FAX (415) 391 4678
**FRANK P. SPROULS** State Bar #166019
Attorney for Petitioner

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

Petitioner,

**OUSSIDNA, Abedlwahed**

v.

**Alberto E. Gonzalez**, **ATTORNEY GENERAL OF THE UNITED STATES AND**
**David Sill**,
Acting District Director, San Francisco Office, **U.S. BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES**

Respondents

## MOTION FOR VOLUNTARY DISMISSAL OF WRIT

We move the court to dismiss the Writ of Mandamus that was filed compelling respondents to issue petitioner with an adjustment interview.

Petitioner has been scheduled for an interview on November 2, 2005, and as such, respondents have met the demands of our complaint.

Petitioner respectfully motions the court to dismiss the writ of mandamus.

1 | **Dated**: _____ **2005**

2

3

4

5 | _____

6 | **Frank P. Sprouls**



October 26, 2005